USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-23-16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :     13-cr-43 (LAP)
         -v.-                       :
                                    :     ORDER
WILLIAM COSME,                      :
  a/k/a "William Cosmo"             :
                                    :
              Defendant.            :
                                    :
------------------------------------x

LORETTA A. PRESKA, Chief United States District Judge:

    The Court is in receipt of Mr. Cosme's submissions dated May 14, 2016. (Dkt. nos. 197, 198). As the Court has noted several times, the next item that the Court will address in Mr. Cosme's proceedings is whether probable cause supports the forfeitability of Mr. Cosme's assets.

    Mr. Cosme has already filed his opposition to the Government's application and affidavit (dkt. no. 181) and he may not continue to supplement that submission (see, e.g., dkt. no. 197). Once the Government has filed its reply, if Mr. Cosme would like to file an additional submission responding to the Government's arguments, he may request permission from the Court to do so.

    Additionally, the Court notes that Mr. Cosme has stated in his most recent submissions that he has "pre existing retained, paid active remand counsel." (See dkt. no. 198, at 4.) If Mr. Cosme has retained counsel to represent him in this proceeding,

such counsel must enter a notice of appearance, if one has not been entered.  Thereafter, counsel must inform the Court of any submissions that he or she intends to file on behalf of Mr. Cosme.

SO ORDERED.

Dated:     New York, New York
           May 20, 2016

*[signature]*
LORETTA A. PRESKA
Chief United States District Judge