```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
UNITED STATES OF AMERICA,       :
                                :
                                :   13 CR 43 (LAP)
              Plaintiff,        :
                                :   SCHEDULING ORDER
        -against-               :
                                :
                                :
WILLIAM COSME,                  :
                                :
              Defendants.       :
                                :
-------------------------------x
```

LORETTA A. PRESKA, United States District Judge:

It is hereby

ORDERED that the parties are directed to appear in courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York, on July 19, 2016 at 11:00 a.m. for hearing in the above-captioned action.

SO ORDERED:

Dated: June 27, 2016

_____
LORETTA A. PRESKA, U.S.D.J.