UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA
                                 :    FINAL ORDER OF FORFEITURE
        -v.-                     :    AS TO CERTAIN SPECIFIC
                                      PROPERTY
WILLIAM R. COSME,                :
                                      S1 13 Cr. 43 (LAP)
        Defendant.              :

                                 :

- - - - - - - - - - - - - - - X

        WHEREAS, on or about March 30, 2017, the Court entered

a   Preliminary   Order   of   Forfeiture   as   to   Specific

Properties/Money   Judgment   (the   "Preliminary   Order   of

Forfeiture") (Docket Entry 345), which ordered the forfeiture to

the United States of all right, title and interest of WILLIAM R.

COSME (the "Defendant") in the following property:

        a.    One 2012 Lamborghini Gallardo bearing vehicle

identification number ZHWGU6AUXCLA11382;

        b.    One 2011 Ferrari 458 Italia bearing vehicle

identification number ZFF67NFA7B0180598;

        c.    One 2011 Cadillac Escalade bearing vehicle

identification number 1GYS4HEF8BR342863;

        d.    Any and all funds and other property on deposit

in account number 22510394 held at Scottrade, Inc., in the name

of William Cosme;

e.   Any and all funds and other property on deposit in account number 4800018653 held at Sterling National Bank in the name of Cosmo Dabi International Trading Group;

((a) through (c), collectively, the "Vehicles"; (d) and (e), collectively, the "Accounts"; (a) through (e), collectively, the "Specific Properties");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose the Specific Properties, and the requirement that any person asserting a legal interest in the Specific Properties to file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3).  The Preliminary Order of Forfeiture further stated that the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Properties and as a substitute for published notice as to the person notified;

WHEREAS, the provisions of Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and

2

Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Properties before the United States can have clear title to the Specific Properties;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose the Vehicles was posted on an official government internet site (www.forfeiture.gov), beginning on July 12, 2017, for thirty (30) consecutive days, through August 10, 2017, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on September 18, 2017 (Docket Entry 409);

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose the Accounts was posted on an official government internet site (www.forfeiture.gov), beginning on September 12, 2017, for thirty (30) consecutive days, through October 11, 2017, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on November 19, 2019 (Docket Entry 425);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Properties;

WHEREAS, the Defendant is the only person known by the Government to have a potential interest in the Specific Properties; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.   All right, title and interest in the Specific Properties is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.   Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Properties.

3.   The United States Marshals Service (or its designee) shall take possession of the Specific Properties and

4

dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

    4.   The Clerk of the Court shall forward four certified copies of this Final Order of Forfeiture to Assistant United States Attorney Alexander Wilson, Co-Chief, Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, Southern District of New York, One St. Andrew's Plaza, New York, New York 10007.

SO ORDERED:

*Loretta A. Preska*

HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*November 21, 2019*

DATE