UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

WILLIAM R. COSME,

            Defendant.

No. 13-CR-43 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant William Cosme's emergency motion [dkt. no. 429] for compassionate release due to the ongoing COVID-19 pandemic. The Government shall respond to Mr. Cosme's motion by January 22, 2021. Mr. Cosme shall file any reply by February 12, 2021. The Clerk of the Court shall mail a copy of this order to Mr. Cosme.

**SO ORDERED.**

Dated:    January 8, 2021
            New York, New York

                              */s/ Loretta A. Preska*
                              LORETTA A. PRESKA
                              Senior United States District Judge