UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>WILLIAM R. COSME,<br><br>                    Defendant. | No. 13-CR-43 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Cosme's letter requesting an expedited decision on his motion for compassionate release. (See dkt. no. 432.)  The Court is only awaiting Mr. Cosme's reply--due to be filed no later than February 12, 2021--before considering his motion.  The sooner the reply is filed, the sooner the motion will be considered.  The Clerk of the Court shall mail a copy of this order to Mr. Cosme.

**SO ORDERED.**

Dated:     February 3, 2021
           New York, New York

                                           *Loretta A. Preska*
                                           LORETTA A. PRESKA
                                           Senior United States District Judge