UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>WILLIAM R. COSME,<br><br>              Defendant. | No. 13-CR-43 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant William Cosme's letter dated February 9, 2021.  (See dkt. no. 437.)  Construing that letter as a motion for reconsideration of the Court's order denying Mr. Cosme's motion for compassionate release, (see dkt. no. 435), the motion is DENIED.

    Mr. Cosme recounts, at length, several frauds that he believes have been committed on the Court in his case.  (See dkt. no. 437.)  But none of that changes the simple fact that Mr. Cosme filed a notice of appeal, (see dkt. no. 399), which divested the Court of jurisdiction to consider his compassionate release motion.  See Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982); United States v. Ransom, 866 F.2d 574, 575 (2d Cir. 1989).  Mr. Cosme identifies no authority that says otherwise.

    Accordingly, Mr. Cosme's motion for reconsideration is DENIED.  As the Court stated in its previous order, Mr. Cosme may renew his compassionate release application if and when the

1

Court re-obtains jurisdiction.  (See dkt. no. 435.)  The Clerk of the Court shall mail a copy of this order to Mr. Cosme.

**SO ORDERED.**

Dated:     March 4, 2021
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge