UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- v -

William Cosme,

---

13 CR 43-01 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The CJA attorney previously assigned to represent Mr. Cosme, Mark DeMarco, is reappointed in the interest of justice, to represent the defendant for the resentencing proceedings.

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

Dated: October 28, 2021
New York, New York