UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. 13-CR-43 (LAP) |
| -against- | ORDER |
| WILLIAM COSME, | |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court orders the appointment of CJA Daniel Stein as new counsel in the above-captioned case.

**SO ORDERED.**

Dated:    January 6, 2022
               New York, New York

                                 _____
                                 LORETTA A. PRESKA
                                 Senior United States District Judge