UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

            Plaintiff,

-against-

WILLIAM R. COSME,

            Defendant.

No. 13-CR-43 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Cosme's Motion to Compel Arbitration. (Dkt. no. 453.) Because 1) Mr. Cosme points to no agreement to arbitrate, and 2) arbitration is not applicable to criminal actions, the motion is denied.

    The Clerk of the Court shall close the open motion [dkt. no. 453] and mail a copy of this order to Mr. Cosme.

**SO ORDERED.**

Dated:    February 10, 2022
           New York, New York

                                      */s/ Loretta A. Preska*
                                      LORETTA A. PRESKA
                                      Senior United States District Judge