UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff<br><br>      -against-<br><br>WILLIAM R. COSME,<br><br>                Defendant. | 13 CR 43 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Cosme's renewed motion for compassionate release (dkt. no. 456).  The Government shall inform the Court of Mr. Cosme's vaccination status and may respond to his probable cause argument no later than Friday, March 11, 2022.  The Clerk of the Court shall mail a copy of this order to Mr. Cosme.

**SO ORDERED.**

Dated:    February 18, 2022
             New York, New York

                                                *Loretta A. Preska*
                                                LORETTA A. PRESKA
                                                Senior United States District Judge