UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :      13-cr-43 (LAP)
          -v.-                       :
                                     :      ORDER
WILLIAM COSME,                       :
  a/k/a "William Cosmo"              :
                                     :
               Defendant.            :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

     The Court is in receipt of Mr. Cosme's letter dated
February 11, 2022 (dkt. no. 458) requesting, _inter alia_, "to
use his own innocent property and or any all legitimate
property, assets including but not limited to contractual and
statutory property rights (all applicable here) in order to
retain his array of counsels of choice in connection with his
ongoing criminal case."  _Id_. at 1.  The Court is unaware of any
"innocent property" or "legitimate property" belonging to Mr.
Cosme that has been restrained.  Mr. Cosme shall clarify his
request so that the Court can better understand what his
request is.

The Clerk of Court shall mail a copy of this order to Mr. Cosme.

SO ORDERED.

Dated:    New York, New York
          February 23, 2022


_____
LORETTA A. PRESKA
Senior United States District Judge