UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

            Plaintiff

    -against-

WILLIAM R. COSME,

            Defendant.

13 CR 43 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Cosme's letter seeking de novo resentencing (dkt. no. 460).  The Government shall respond no later than Thursday, March 24, 2022.  Mr. Cosme may reply no later than Thursday, April 7, 2022.  The Clerk of the Court shall mail a copy of this order to Mr. Cosme.

**SO ORDERED.**

Dated:    March 10, 2022
           New York, New York

                                              *Loretta A. Preska*
                                              LORETTA A. PRESKA
                                              Senior United States District Judge