UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff<br><br>      -against-<br><br>WILLIAM R. COSME,<br><br>                Defendant. | 13 CR 43 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Cosme's letter dated February 28, 2022 [dkt. no. 462].  The Court considers this letter [dkt. no. 462] a Motion to Reargue Mr. Cosme's Motion to Compel Arbitration [dkt. no. 453], which the Court denied on February 10, 2022 [dkt. no. 454].

    Here, Mr. Cosme has not proffered any facts or law the Court overlooked in reaching its decision on Mr. Cosme's Motion to Compel Arbitration.  (See dkt. no. 453.)  Assuming arguendo that Mr. Cosme's most recent letter [dkt. no. 462] is an attempt to clarify his request to use his own innocent property in order to retain his counsels of choice [dkt. no. 458], this "[s]hort version of the issue" does not clarify Mr. Cosme's request.  The Court remains unaware of any "innocent property" or "legitimate property" belonging to Mr. Cosme that has been restrained.

Accordingly, because Mr. Cosme has not proffered any facts or law that the Court overlooked, Mr. Cosme's Motion to Reargue [dkt. no. 462] is denied.  The Clerk of the Court shall mail a copy of this order to Mr. Cosme.

**SO ORDERED.**

Dated:     March 10, 2022
           New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge