```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :    13-cr-43 (LAP)
          -v.-                      :
                                    :    ORDER
WILLIAM COSME,                      :
  a/k/a "William Cosmo"             :
                                    :
          Defendant.                :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

The Court's order of March 10, 2022 (dkt. no. 466), stated that:

> Here, Mr. Cosme has not proffered any facts or law the Court overlooked in reaching its decision on Mr. Cosme's Motion to Compel Arbitration. (See dkt. no. 453.) Assuming arguendo that Mr. Cosme's most recent letter [dkt. no. 462] is an attempt to clarify his request to use his own innocent property in order to retain his counsels of choice [dkt. no. 458], this "[s]hort version of the issue" does not clarify Mr. Cosme's request. The Court remains unaware of any "innocent property" or "legitimate property" belonging to Mr. Cosme that has been restrained.

(Dkt. no. 466 at 1.) In response, Mr. Cosme has submitted the Private Funding and Security Agreement dated January 19, 2011 between his company, Cosmo Dabi International Trading Group Inc., and the Taejeon Christian International School, the victim of his fraud. (See dkt. no. 471, Ex. A.) The Court does not discern anything in that Agreement that demonstrates the existence of "innocent property" or an agreement to arbitrate applicable to any of these proceedings.

Accordingly, Mr. Cosme's motion to compel arbitration (dkt. no. 453) and motion to release innocent property (dkt. no. 458) are denied.  The Clerk of the Court shall mail a copy of this order to Mr. Cosme.

SO ORDERED.

Dated:      New York, New York
            April 6, 2022

*[signature]*
LORETTA A. PRESKA
Senior United States District Judge