UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :    13-cr-43 (LAP)
         -v.-                        :
                                     :    ORDER
WILLIAM COSME,                       :
  a/k/a "William Cosmo"              :
                                     :
              Defendant.             :
-------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

    The material set out in Mr. Cosme's Supplemental Motion to Compel De Novo Resentencing (dkt. no. 475) is insufficient to overcome the requirements of the cases cited in the Court's order of April 14, 2022, (dkt. no. 474).  Accordingly, the motion (dkt. no. 475) is denied.  The Clerk of the Court shall mail a copy of this order to Mr. Cosme.

SO ORDERED.

Dated:   New York, New York
         April 21, 2022

                           */s/ Loretta A. Preska*
                           LORETTA A. PRESKA
                           Senior United States District Judge