UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
UNITED STATES OF AMERICA,           :
                                    :     13-cr-43 (LAP)
        -v.-                        :
                                    :     ORDER
WILLIAM COSME,                      :
 a/k/a "William Cosmo"              :
                                    :
            Defendant.              :
-----------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Cosme's letter (dkt. no. 477) complaining of an alleged contract dispute with TCIS, the victim of his fraud. That contract is not before the Court so any request in the letter is denied.

SO ORDERED.

Dated:   New York, New York
         April 27, 2022

                                        *Loretta A. Preska*
                                        LORETTA A. PRESKA
                                        Senior United States District Judge