UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :    13-cr-43 (LAP)
         -v.-                       :
                                    :    ORDER
WILLIAM COSME,                      :
  a/k/a "William Cosmo"             :
                                    :
         Defendant.                 :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

    Resentencing is adjourned to June 3, 2022, at 11:00 a.m. EST via videoconference.  The Bureau of Prisons is ordered to have Mr. Cosme appear by video on June 3, 2022, at 11:00 a.m. EST.

SO ORDERED.

Dated:   New York, New York
         May 4, 2022

                           *Loretta A. Presky*
                          LORETTA A. PRESKA
                          Senior United States District Judge