5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

UNITED STATES OF AMERICA

    -against-                                  **ORDER**

William Cosme                         13 CR 43 (LAP)
                                                Docket #

------------------------------------------x

Loretta A. Preska, DISTRICT JUDGE:
  Judge's Name

The C.J.A. attorney assigned to this case
Glen Kopp _____ is hereby ordered substituted
  Attorney's Name

and the representation of the defendant in the above captioned
matter is assigned to Jesse Siegel, NUNC-PRO-TUNC May 24, 2022
                                Attorney's Name

                                                SO ORDERED.

                                           _Loretta A. Preska_
                                    UNITED STATES DISTRICT JUDGE

Dated: May 24, 2022
      New York, New York