```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
          Plaintiff.                :
                                    :    13-cr-43 (LAP)
     -v.-                           :
                                    :       ORDER
WILLIAM COSME,                      :
 a/k/a "William Cosmo"              :
                                    :
          Defendant.                :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

    Based on Mr. Siegel's letter of July 27 (dkt. no. 496) stating that Mr. Cosme has "terminated" him, Mr. Siegel is relieved from representing Mr. Cosme.  Unconflicted CJA counsel Stephanie Carvlin is appointed to represent Mr. Cosme.

    Mr. Cosme is reminded that he is not entitled to the lawyer he prefers; he is only entitled to competent counsel and he has received just that.  Indeed, the docket sheet discloses that Mr. Cosme has had no fewer than fourteen lawyers throughout the pendency of this matter.  If it was not already, Mr. Cosme's conduct with respect to counsel is becoming abusive and contrary to the goals of the Criminal Justice Act.

    To the extent that Mr. Cosme determines to represent himself, he, of course, has the right to do so.  Nevertheless, the Court cautions Mr. Cosme of the perils of self-representation by individuals who are not trained as lawyers.  Even in a proceeding like the re-sentencing that Mr. Cosme is

facing, there are complicated legal issues at play that a lay person is ill-equipped to master.  That said, the decision whether or not to represent himself is Mr. Cosme's and his alone.

Resentencing is adjourned to November 9, 2022, at 11:00 a.m. in Courtroom 12A.  To the extent Mr. Cosme wishes to be heard with respect to representation, he shall file papers no later than August 3, 2022.

**SO ORDERED.**

Dated:    July 29, 2022
          New York, New York

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge