UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

              Plaintiff,

-against-

WILLIAM COSME,
a/k/a "William Cosmo"

              Defendant.

No. 13-cr-43 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is pro se defendant William Cosme's undated letter, which the Court construes as an application for appointment of pro bono counsel. [Dkt. no. 510.] The factors to be considered in ruling on an indigent litigant's request for counsel include the merits of the case, the litigant's efforts to obtain a lawyer, and the litigant's ability to gather the facts and present the case if unassisted by counsel. See Cooper v. A. Sargent Co., 877 F.2d 170, 172 (2d Cir. 1989); Hodge v. Police Officers, 802 F.2d 58, 60-62 (2d Cir. 1986). Of these, the merits are "[t]he factor which command[s] the most attention." Cooper, 877 F.2d at 172. Because the relief sought is of dubious merit, Mr. Cosme's motion for counsel is DENIED.

    The Clerk of the Court is directed to mail a copy of this order to Mr. Cosme.

1

**SO ORDERED.**

Dated:   November 28, 2022
         New York, New York

                                  _____
                                  LORETTA A. PRESKA
                                  Senior United States District Judge