**STEPHANIE M. CARVLIN, ESQ.**
140 Broadway, Suite 4610
New York, New York   10005

STEPHANIE M. CARVLIN,                                 TELEPHONE: 917-549-0873
ATTORNEY AT LAW                                          FAX: 212-608-9499
                                                                          E-MAIL: CARVLIN@HOTMAIL.COM

March 7, 2023

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    *United States v. Cosme*, 13-cr-43 (LAP),
                  Request for an Order

Dear Judge Preska:

       This case is on for a conference on Monday, March 13, 2023, to address the status of Mr. Cosme's representation. I write to ask that the Court issue an order that would authorize Mr. Cosme to bring his laptop and iPad into the Court for the appearance. Mr. Cosme has material stored on his devices that he believes is relevant to his request to have me relieved as counsel.

       I have communicated with the government, and the government takes no position on this request.

                                                                           Respectfully submitted,

                                                                           _____/s/_____
                                                                           Stephanie Carvlin

cc: AUSA Noah Solowiejczyk (via ECF)