UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>-against-<br><br>WILLIAM COSME,<br>a/k/a "William Cosmo"<br><br>    Defendant. | No. 13-cr-43 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The conference regarding Mr. Cosme's representation is adjourned. The parties, including Mr. Cosme, are directed to appear on March 16, 2023, at 10:30 AM in Courtroom 12A. CORE shall release Mr. Cosme for this court appearance.

  The Clerk of the Court is directed to mail a copy of this order to Mr. Cosme.

**SO ORDERED.**

Dated: March 13, 2023
    New York, New York

          _____
          LORETTA A. PRESKA
          Senior United States District Judge