UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

          Plaintiff,

-against-

WILLIAM COSME,
a/k/a "William Cosmo"

          Defendant.

No. 13-cr-43 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Mr. Cosme, Ms. Gauli-Rufo, and the Government are directed to appear on April 26, 2023, at 11:30 AM in Courtroom 12A for a conference regarding Mr. Cosme's representation. CORE shall release Mr. Cosme for this court appearance.

    The Clerk of the Court is directed to mail a copy of this order to Mr. Cosme.

**SO ORDERED.**

Dated:    April 19, 2023
             New York, New York

                                  */s/ Loretta A. Preska*
                                LORETTA A. PRESKA
                                Senior United States District Judge