```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>WILLIAM COSME,<br>a/k/a "William Cosmo"<br><br>                Defendant. | No. 13-cr-43 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The date of Mr. Cosme's representation conference has been changed. Mr. Cosme, Ms. Gauli-Rufo, and the Government are directed to appear on April 25, 2023, at 11:30 AM in Courtroom 12A for a conference regarding Mr. Cosme's representation. CORE shall release Mr. Cosme for this court appearance.

    The Clerk of the Court is directed to mail a copy of this order to Mr. Cosme.

**SO ORDERED.**

Dated:    April 21, 2023
             New York, New York

                                            _____
                                            LORETTA A. PRESKA
                                            Senior United States District Judge