UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>WILLIAM COSME,<br>a/k/a "William Cosmo"<br><br>                Defendant. | No. 13-cr-43 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    For the reasons stated on the record on April 25, 2023, Mr. Cosme's request to have a twentieth CJA lawyer assigned to him is denied.

    **SO ORDERED.**

Dated:    May 1, 2023
               New York, New York

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge