UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

-against-

WILLIAM COSME,
a/k/a "William Cosmo"

        Defendant.

No. 13-cr-43 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    For the reasons stated on the record on April 13, 2023, Mr. Cosme's request for new counsel is denied.

**SO ORDERED.**

Dated:    May 10, 2023
           New York, New York

                              */s/ Loretta A. Preska*
                              LORETTA A. PRESKA
                              Senior United States District Judge