UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

              Plaintiff,

-against-

WILLIAM COSME,
a/k/a "William Cosmo"

              Defendant.

No. 13-cr-43 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has received Mr. Cosme's letter dated May 26, 2023. (Dkt. no. 541.) Mr. Cosme's resentencing is adjourned. The parties shall appear for resentencing on August 30, 2023, at 10:00 AM in Courtroom 12A.

    The Clerk of the Court is directed to mail a copy of this order and a copy of both the sealed and unsealed portions of the April 25, 2023 transcript, (see dkt. no. 539), to Mr. Cosme.

**SO ORDERED.**

Dated:    June 12, 2023
             New York, New York

                                              _____
                                              LORETTA A. PRESKA
                                              Senior United States District Judge