DATE - [08/07/23]

[SENT VIA EMAIL]

William R. Cosme 631.984-0912

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

U.S.A.

v.                                                                                          13CR43 - (HB)(LAP)

WILLIAM R. COSME,
                      *Defendant.*

-------------------------------------------------X

## MOTION TO ADJOURN/RESCHEDULE RE-SENTNECING

Greetings Your Honor,

    As you are aware, there is a re-sentencing remand order issued by CA2-17-1759 dkt.(459) **EXHIIBIT A** that is currently calendared at the D.Ct. for re-sentencing remand August 30th, 2023@ 10:00am.

    Mr. Cosme is not yet able to finalize preparations for his upcoming re-sentencing. Additionally, there is a recent SCOTUS decision that would directly impact the currently scheduled re-sentencing, Aggravated ID Theft conviction see *Dubin v. United States*, 22-10, recently presented to CA2 on a Motion To Recall the Mandate, 17-1759 and 22-508(L).

    As you may recall the defendant has substantial ongoing health issues that require additional testing i.e. MRI, CAT SCAN, COLONOSCOPY, cancer screening etc. The defendant had a massive liver mass, liver abscess and life-threatening sepsis. Former counsel Carvlin (917) 549-0873 is authorized to speak on Mr. Cosme's behalf regarding any required proof of Mr. Cosme's illness which to date is not yet resolved. To date the cancer testing is not complete, the mass is still present, sepsis is mostly resolved. The radiological imaging modalities/testing i.e., MRI require complex coordination between the halfway house, insurance companies for scheduling and temporary removal of the GPS ankle bracelet inter alia which is time consuming.

Additionally, there is new evidence that appears to be another Brady violation. There are motions pending at CA2 for Recall of Mandate, Stay and upcoming SCOTUS resubmission for a Stay Application and Rule 11 inter alia. Mr. Cosme is also interviewing retained counsels.

The above request is by no means a delay tactic; also note that the defendant is actually "time served" in connection with his original whopping (111) month sentence (imposed in 2017) when properly calculated. The currently scheduled re-sentencing remand is not for an increase in sentence, the sentence was remanded due to an "over-sentencing", ex post facto errors.

The defendant is non-violent, compliant with halfway house rules, not a flight risk, is drug and alcohol tested weekly, wears a GPS ankle bracelet.

**CONCLUSION/RELIEF SOUGHT** – please adjourn sentencing for at least (90) days.

William R. Cosme

CORE SERVICES RRM

104 Gold St.

Brooklyn, NY 11201

631.984-0912