# NOTICE OF INTERLOCUTORY APPEAL

The Honorable Loretta A. Preska – Sr. Judge

Daniel Patrick Moynihan United States Courthouse

500 Pearl St. New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/17/2023

[DATE – 05/26/23]

[SENT VIA EMAIL - preskanysdchambers@nysd.uscourts.gov]

**Re:** 13CR43 USA v. William R. Cosme, Notice of Interlocutory Appeal

**Notice of Interlocutory Appeal** pursuant to 28 U.S. Code § 1292(a)(1) - Immediately Appealable - *order "granting, continuing, modifying, refusing or dissolving injunctions, or refusing to dissolve or modify injunctions"* is immediately appealable. 28 U.S.C. § 1292(a)(1).

NOTICE OF INTERLOCUTORY APPEAL pursuant to 28 U.S.C. § 1292(a)(1) is hereby given in the UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK stemming from a DENIAL ORDER dated and filed 05/26/23 dkt.(542).

DENIAL OF dkt. (542) occurred on 06/20/23

William R. Cosme,

/s/

*William R. Cosme*

(631) 984-0912

**Defendant Contact Info:**

William R. Cosme – 67795-054

 CORE SERVICES

104 Gold St.

Brooklyn, NY 11201

Cc: Stephanie Carvlin, AUSA Noah Solowiejczyk

THIS PAGE IS LEFT BLANK INTENTIONALLY

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): **ORIGIN CASE 13CR43**        Caption [use short title]

Motion for: **NOTICE OF INTERLOCUTORY APPEAL**

**USA**

**v.**

Set forth below precise, complete statement of relief sought:

The district court failed to docket the attached notice of interlocutory appeal to Vacate, Modify, Injunctions.

**WILLIAM R. COSME**

MOVING PARTY: **William R. Cosme**        OPPOSING PARTY: **USA**

☐ Plaintiff   [X] Defendant
[X] Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY:                        OPPOSING ATTORNEY: **AUSA Solowiejczyk**
[name of attorney, with firm, address, phone number and e-mail]

**William R. Cosme - 67795-054**         **1 St. Andrew's Plaza**
**CORE SERVICES**                        **NY, NY 10007**
**104 Gold St.**
**Brooklyn, NY 11201**  **CELL - (631) 984-0912**

Court- Judge/ Agency appealed from:

Please check appropriate boxes:                                      FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND
                                                                     INJUCTIONS PENDING APPEAL:
Has movant notified opposing counsel (required by Local Rule 27.1):  Has this request for relief been made below?   ☐ Yes [X] No
☐ Yes [X] No (explain):                                              Has this relief been previously sought in this court?  ☐ Yes [X] No
                                                                     Requested return date and explanation of emergency:
Opposing counsel's position on motion:                               appellant is entitled to use of non-tainted property
☐ Unopposed  ☐ Opposed  [X] Don't Know                               to pay for his counsels of choice.
Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☐ Don't Know

Is oral argument on motion requested?  [X] Yes  ☐ No (requests for oral argument will not necessarily be granted)
Has argument date of appeal been set?  ☐ Yes  [X] No  If yes, enter date:

Signature of Moving Attorney:
**/S/ William R. Cosme**        Date:   **07/31/23**        Service by:  ☐ CM/ECF  [X] Other [Attach proof of service]

Form T-1080 (rev.12-13)

Dear Clerk, this filing is a NOTICE OF INTERLOCUTORY APPEAL that was filed at the district court but never docketed by the district court or the appellate court. The text below is the date and time stamp of the original filing by email to the D.Ct.

**From:** Cosmo EMAIL
**Sent:** Tuesday, August 8, 2023 12:16 AM
**To:** Temporary Pro Se Filing NYSD
**Subject:** FW: 13CR43 USA v. WILLIAM R. COSME - INTERLOCUTORY APPEAL


The attached was emailed to you, but never docketed. Please docket and notate the filing error. See thread below for original email sent to Pro se unit.

William R. Cosme


**From:** Cosmo EMAIL
**Sent:** Monday, July 3, 2023 2:51 PM
**To:** Preska, Judge
**Cc:** Temporary Pro Se Filing NYSD
**Subject:** 13CR43 USA v. WILLIAM R. COSME - INTERLOCUTORY APPEAL

NOTICE OF APPEAL ORAL ORDER

William R. Cosme

# NOTICE OF INTERLOCUTORY APPEAL

The Honorable Loretta A. Preska – Sr. Judge

Daniel Patrick Moynihan United States Courthouse

500 Pearl St. New York, NY 10007-1312

[DATE – 05/26/23]

[SENT VIA EMAIL - preskanysdchambers@nysd.uscourts.gov]

    **Re:** 13CR43 USA v. William R. Cosme, Notice of Interlocutory Appeal

**Notice of Interlocutory Appeal** pursuant to 28 U.S. Code § 1292(a)(1) - Immediately Appealable - *order "granting, continuing, modifying, refusing or dissolving injunctions, or refusing to dissolve or modify injunctions"* is immediately appealable. 28 U.S.C. § 1292(a)(1).

NOTICE OF INTERLOCUTORY APPEAL pursuant to 28 U.S.C. § 1292(a)(1) is hereby given in the UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK stemming from a DENIAL ORDER dated and filed 05/26/23 dkt.(542).

DENIAL OF dkt. (542) occurred on 06/20/23

William R. Cosme,

/s/

*William R. Cosme*

(631) 984-0912

**Defendant Contact Info:**

William R. Cosme – 67795-054

CORE SERVICES

104 Gold St.

Brooklyn, NY 11201

Cc: Stephanie Carvlin, AUSA Noah Solowiejczyk

THIS PAGE IS LEFT BLANK INTENTIONALLY

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

**USA**

v.

**WILLIAM R. COSME**

**CERTIFICATE OF SERVICE***

Docket Number: __NEW CASE__

I, __William R. Cosme__, hereby certify under penalty of perjury that
(print name)

on __07/31/23__, I served a copy of __T-1080, CERTIFICATE OF SERVICE,__
(date)

__NOTICE OF APPEAL NOT DOCKETED BY DISTRICT COURT__ (DOCKET ERROR)
(list all documents)

by (select all applicable)**

___ Personal Delivery          _X_ United States Mail          ___ Federal Express or other Overnight Courier

___ Commercial Carrier         ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| AUSA - Steven Kochevar | 1 St. Andrews Plaza | NY | NY | 10007 |
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

__07/31/23__                                    __/S/ William R. Cosme__
Today's Date                                    Signature

Certificate of Service Form (Last Revised 12/2015)