UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| -against- | No. 13-CR-43 (LAP) |
| WILLIAM COSME, a/k/a "William Cosmo" | ORDER |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

Before the Court is Mr. Cosme's most recent letter in which he requests that the Government return some $23 million of "non-tainted" assets to Mr. Cosme so that he might retain counsel of his choice to represent him in his upcoming resentencing. (Dkt. no. 557.) The Court is not aware of any assets of which Mr. Cosme has legal ownership that the Government is improperly withholding from him. Indeed, in its last order, the Court made clear to Mr. Cosme that it would not accept further filings from him regarding "the 'improper' seizure and forfeiture of [his] assets." (Dkt. no. 552 ("August 17 Order") at 4.)

In addition, the Court is not concerned with whether Mr. Cosme is interested in proceeding pro se at his resentencing hearing. The Court appointed many able attorneys to represent Mr. Cosme because he asserted that he was unable to afford private attorneys to represent himself. (See the August 17 Order at 2 (listing the attorneys appointed to represent Mr. Cosme)). Mr. Cosme abused the services of each of his appointed counsel

such that they all sought permission to withdraw from the case. (See id.) The Court made it clear to Mr. Cosme when his last attorney moved to withdraw that it would not appoint a new lawyer for him. (Id.) He still refused to continue working with his appointed lawyer. At that point, the Court found that Mr. Cosme had forfeited his right to be represented at his resentencing due to his abuse of his attorneys and the judicial system. (See dkt. no. 539 ("Transcript of April 25 Hearing"), at 5:21-8:11.) Mr. Cosme will proceed pro se at his resentencing, and he has no one to blame for that but himself.

    The Clerk of the Court shall mail a copy of this order to Mr. Cosme.

**SO ORDERED.**

Dated:    New York, New York
           September 29, 2023

_____
LORETTA A. PRESKA
Senior United States District Judge