```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :     13-cr-43 (LAP)
        -v.-                        :
                                    :        ORDER
WILLIAM COSME,                      :
 a/k/a "William Cosmo"              :
                                    :
            Defendant.              :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

Before the Court is the latest (dkt. no. 566) in a series of motions by Mr. Cosme to adjourn his resentencing. (E.g., dkt. nos. 541, 549, 566.) For the reasons set forth below, the motion is denied.

The Court of Appeals ordered resentencing of Mr. Cosme almost exactly two years ago. The mandate issued on October 25, 2021 (dkt. no. 444) ordered resentencing because a two-point enhancement was applied which was not in effect at the time of commission of the crime. By order dated April 14, 2022, (dkt. no. 474), the Court denied Mr. Cosme's motion for de novo resentencing. More recently, by order dated August 9, 2023, (dkt. no. 550), the Court granted an adjournment of the resentencing but cautioned that "[n]o further extensions will be granted without extraordinarily good cause."

Mr. Cosme now requests yet another extension stating that he "is not ready for re-sentencing and has not finalized which lawyers to retain." (Dkt. no. 566 at 2.) Mr. Cosme also notes that 1) he has not been able to schedule certain medical

appointments, 2) "[he] is also diligently working (10) hours per day in (3) jurisdictions i.e., district, appellate and SCOTUS," and 3) "there is a royal family contact in Dubai that is working on submissions to the court for sentencing purposes, not yet ready, it may involve an international law firm, we are trying to avoid rogatory, international lawyers." (Id.)

The motion is denied. Mr. Cosme has not shown extraordinarily good cause for yet another adjournment. He has known about the resentencing for two years and has known for a year and a half that sentencing would not be de novo. As the Court has previously found, Mr. Cosme "has abused the services of the many able CJA attorneys appointed to represent him for his resentencing." (Dkt. no. 552 at 2.) Accordingly, Mr. Cosme's motion to adjourn resentencing (dkt. no. 566) is denied.

Resentencing shall proceed as scheduled on November 30 at 10:00 a.m. in courtroom 12A. The Clerk of the Court shall mail a copy of this order to Mr. Cosme.

SO ORDERED.

Dated:   New York, New York
         October 26, 2023

_____
LORETTA A. PRESKA
Senior United States District Judge