UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>WILLIAM R. COSME,<br><br>                    Defendant. | No. 13-CR-43 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　Before the Court is Mr. Cosme's "Emergency Motion for Leave for Various Forms of Relief." (Dkt. no. 578.)  In it, Mr. Cosme apparently requests 1) "redisclosure of the Defendant's PSR to incoming counsel," 2) five "grand juror fact witnesses at his re-sentencing," and 3) deferral of his re-sentencing "until the court of appeals properly mandates the pending, non-frivolous interlocutory appeals (sic), 23-6425(L). . . ."  (Id.)

　　With respect to 1), any incoming attorney for Mr. Cosme may access the PSR on PACER upon filing a notice of appearance in this action, so no re-disclosure is necessary.  In any event, the Court sees no evidence of a new attorney appearing for Mr. Cosme.

　　With respect to 2), in its order dated August 17, 2023, (dkt. no. 552), the Court held that it would not entertain "further submissions from Mr. Cosme regarding . . . frauds on the court by officers of the court . . . the Court's lack of

jurisdiction over Mr. Cosme . . . due to 'inadequate grand jury votes,'" the "absence of timely grand jury . . . , [and] absence of grand jury vote."  (Id.)  Accordingly, request 2) is stricken.  In any event, Mr. Cosme has not identified any fact issue relevant to his re-sentencing on which grand juror testimony would be relevant.

With respect to 3), the Court of Appeals' mandate issued on November 17, 2023, dismissed 23-6425(L) for want of appellate jurisdiction.  (See dkt. no. 577),

Accordingly, Mr. Cosme's Emergency Motion for Leave for Various Forms of Relief, (dkt. no. 578), is denied.

The Clerk of the Court shall mail a copy of this order to Mr. Cosme.

**SO ORDERED.**

Dated:    November 21, 2023
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge