UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Plaintiff,

-against-

WILLIAM R. COSME,

                    Defendant.

No. 13-CR-43 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Mr. Cosme's "Letter/Motion For Leave to Respond to Court Order dkt.(561)."  (See Dkt. no. 564.) The order at issue denies certain requests as having been previously dealt with.  (Dkt. no. 561.)

    To the extent that the requests relate to re-sentencing, Mr. Cosme may deal with them orally at re-sentencing.  To the extent that they do not deal with re-sentencing, the requests are denied.  Accordingly, Mr. Cosme's motion, (dkt no. 564), is granted in part and denied in part.

    The Clerk of the Court shall close docket entry number 564 and shall mail a copy of this order to Mr. Cosme.

**SO ORDERED.**

Dated:    November 21, 2023
          New York, New York

LORETTA A. PRESKA
Senior United States District Judge

1