UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA,

           - against -                           13 Cr. 43 (HB)(LAP)

WILLIAM R. COSME,
          (Defendant).

----------------------------------------X

# MOTION FOR LEAVE TO BRING ELECTRONIC DEVICES INTO COURT

The defendant William R. Cosme, respectfully requests leave to bring electronic devices into the court on 11/30/23. See devices listed below:

1) (1) - Android Phone
2) (1) HP - NOTE BOOK/COMPUTER
3) THUMB DRIVE

*approved*

11/29/23

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE