**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

- against -                                                                    13 Cr. 43 (HB)(LAP)

WILLIAM R. COSME,
                    (Defendant).

-------------------------------------------------------------X

# Motion for Extension of Time

## To

## File

## Notice of Appeal

The defendant respectfully requests a thirty-day/ (30) day extension to potentially file an appeal in connection with Case No: 13CR43 USA v. William R. Cosme pursuant to FRAP 5(A)(C).

4b(a)(5)(A) The defendant was assured by the district court on 11/30/23 that the respected AUSA Solowiejczyk would email a copy of the re-sentencing transcripts generated on 11/30/23 however the transcripts have not yet arrived and there is new exculpatory *evidence inter alia*. The defendant, his counsels cannot credibly file anything if required until receipt of the transcripts generated on 11/30/23 which seems to be justified due to excusable neglect and good cause.

12/12/23

SO ORDERED

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE