```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :      13-cr-43 (LAP)
          -v.-                      :
                                    :         ORDER
WILLIAM COSME,                      :
 a/k/a "William Cosmo"              :
                                    :
          Defendant.                :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

　　Before the Court is Mr. Cosme's "Motion to Correct Sentence for Clear Error," which he makes pursuant to Federal Rule of Criminal Procedure 35(a). (Dkt. no. 593.) Rule 35(a) provides that "[w]ithin 14 days after sentencing, the court may correct a sentence that resulted from arithmetical, technical, or other clear error." Fed. R. Crim. P. 35(a).

　　Mr. Cosme argues that "[t]he Second Circuit did not properly divest itself of jurisdiction in connection with the grotesque, improper handling of the array of pending interlocutory appeals which is clear error voiding the sentence." (Dkt. no. 593 at 2.) However, the mandates issued by the Court of Appeals on November 20, 2023, (see dkt. no. 577), and November 28, 2023, (see dkt. no. 584), cleared all of the "pending interlocutory appeals" Mr. Cosme mentions. Accordingly, the motion is without merit.

　　Mr. Cosme's motion pursuant to Rule 35(a) (dkt. no. 593) is denied. The Clerk of the Court shall mail a copy of this order to Mr. Cosme.

SO ORDERED.

Dated:    New York, New York
          December 19, 2023

_____
LORETTA A. PRESKA
Senior United States District Judge