UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,          :
                                   :        13-cr-43 (LAP)
          -v.-                     :
                                   :        ORDER
WILLIAM COSME,                     :
                                   :
               Defendant.          :

------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the letter filed by Defendant William Cosme, dated July 15, 2024, (see dkt. no. 604), in which he requests a stay of any order of restitution or other fees pending his appeal in the Court of Appeals.

The Government shall respond to Mr. Cosme's letter no later than August 2, 2024.  Mr. Cosme shall file a reply, if any, no later than August 16, 2024.

The Clerk of the Court shall mail a copy of this order to Mr. Cosme.

**SO ORDERED.**

Dated:    New York, New York
          July 16, 2024

_____
LORETTA A. PRESKA
Senior United States District Judge