UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>-against-<br><br>WILLIAM R. COSME,<br><br>                   Defendant. | No. 13-CR-43 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Mr. Cosme's pro se Motion requesting the Court clarify its prior order. (See dkt. no. 623.) At a hearing held on May 22, 2025, the Court ordered Mr. Cosme to provide the Probation Office access to the requested financial information no later than June 6, 2025. The Court also ordered that if Mr. Cosme or his counsel intended to argue that Mr. Cosme should not be required to submit the requested financial information, his papers shall be filed before June 6, 2025. Again, on May 29, 2025, the Court ordered Mr. Cosme to inform the Court in writing no later than June 6, 2025 of any reason he should not provide Probation with the requested financial information. (See dkt. no. 622.)

    In the event Mr. Cosme files motion papers before June 6, 2025 arguing he should not be required to submit the requested financial information, Mr. Cosme shall be temporarily relieved of his obligation to comply with the Court's May 22, 2025 order requiring him to provide the Probation Office access to the

1

requested financial information no later than June 6, 2025, pending the Court's determination of Mr. Cosme's motion.

Mr. Cosme's request for additional time to file a motion is DENIED.  The Government shall respond to any motion papers filed by Mr. Cosme no later than seven days following the date on which Mr. Cosme files his papers.  Mr. Cosme may submit any reply no later than three days following the date on which the Government files its response.

The Clerk of the Court shall close docket entry number 623 and mail a copy of this order to Mr. Cosme.

**SO ORDERED.**

Dated:      June 3, 2025
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge