**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------X

*United States of America,*

    *Plaintiff,*

  *-against-*                                          Case No. 13-cr-43 (HB)(LAP)

*William R. Cosme,*

    *Defendant.*

------------------------------------X

## DEFENDANT'S MOTION FOR PERMISSION TO BRING ELECTRONIC DEVICES INTO COURTHOUSE

    Defendant William R. Cosme respectfully moves this Honorable Court for an Order permitting him to bring certain electronic devices into the courthouse during the scheduled supervised release hearing on July 31, 2025, and any subsequent proceedings. In support of this motion, Defendant states as follows:

1. The Defendant is scheduled to appear before this Court in connection with supervised release proceedings on July 31, 2025.
2. In order to ensure full and effective participation in the proceedings, Defendant seeks permission to carry and utilize the following electronic devices:
    a. One **mobile phone** (for calendar, contact, and hearing preparation);
    b. One **laptop** (containing legal filings and exhibits relevant to the pending Rule 60(b)(4) motion and appellate litigation);
    c. Any associated chargers or accessories needed to maintain operability.
3. Defendant does not intend to record or photograph any portion of the proceedings and will comply with all standing orders and rules of courtroom decorum and confidentiality.
4. The requested devices are essential for reference to relevant filings, notes, and legal materials and will help facilitate clear and informed communication with the Court.

**WHEREFORE**, Defendant respectfully requests that the Court issue an Order authorizing the Defendant to bring and use the above-listed electronic devices during courthouse proceedings.

*So ordered*
*Loretta A Preska*
*7/30/25*