UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA

    - v. -

WILLIAM COSME,

    Defendant.

------------------------------x

**ORDER**

13 Cr. 43 (LAP)

    WHEREAS, a briefing schedule has been set by this Court to receive evidence concerning reported violations of the conditions of supervised release by the defendant, William Cosme;

    AND WHEREAS, the Government has requested access to the case file maintained by the U.S. Probation Office for this District for the defendant, William Cosme, including records of communications and supervising activity as well as any records related to restitution and financial information required by the Probation Office from January 12, 2024, to the present, so as to prepare for the briefing and any hearing in this matter and to comply with the Government's obligations pursuant to the Federal Rules of Criminal Procedure; *Brady v. Maryland*, 373 U.S. 83 (1963); *United States v. Giglio*, 405 U.S. 763 (1972), and its progeny; and Title 18, United States Code, Section 3500;

    IT IS HEREBY ORDERED that the U.S. Probation Office for this District provide a copy of the case file maintained for the defendant, William Cosme, including copies of communications and supervising activity as well as any records related to restitution and financial information required by the Probation Office from January 12, 2024, to the present, to Special Assistant United States Attorney Daniel K. Roque.

SO ORDERED:

Dated: August 11, 2024
       New York, New York

                                                  *Loretta A. Preska*
                                                 HON. LORETTA A. PRESKA
                                                 United States District Judge