UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
UNITED STATES OF AMERICA  :
: **ORDER**
- v. -  :
: 13 Cr. 43 (LAP)
WILLIAM COSME,  :
:
Defendant.  :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, a briefing schedule has been set by this Court to receive evidence concerning reported violations of the conditions of supervised release by the defendant, William Cosme;

AND WHEREAS, the Government has requested access to certain materials relating to this matter and maintained by the U.S. Probation Offices for the Southern District of New York and for the Eastern District of New York (the "Probation Offices"), for the time period from January 12, 2024, to the present, including each Probation Office's respective case file, any and all communications between officers and representatives of each Probation Office and the defendant, and records relating to the defendant's supervised release, restitution, and the financial information of the defendant requested by the Probation Offices (the "Requested Information");

AND WHEREAS, the Requested Information is relevant to specifications filed against the defendant on or about July 23, 2025, alleging the defendant's violations of supervised release; will enable the Government to comply with its discovery and disclosure obligations pursuant to the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), *United States v. Giglio*, 405 U.S. 763 (1972), and its progeny, and Title 18, United States Code, Section 3500; and will enable the parties to prepare briefing and for any hearing in this matter;

IT IS HEREBY ORDERED that the U.S. Probation Offices for the Southern District of New York and for the Eastern District of New York provide copies of the Requested Information to Special Assistant United States Attorney Daniel K. Roque, by or before August 29, 2025.

SO ORDERED:

Dated: August 13, 2024
       New York, New York

_____
HONORABLE LORETTA A. PRESKA
United States District Judge