U.S. Department of Justice

United States Attorney
Southern District of New York

The Jacob K. Javits Building
26 Federal Plaza, 37th Floor
New York, New York 10278

August 27, 2025

**BY ECF**
The Honorable Loretta A. Preska
United States District Judge
500 Pearl Street
Southern District of New York
New York, New York 10007

Re:   *United States v. William Cosme*, 13 Cr. 43 (LAP)

Dear Judge Preska:

The Government writes to respectfully request that the Court adjourn (1) the date for the U.S. Probation Offices for the Southern District of New York ("SDNY Probation Office") and for the Eastern District of New York ("EDNY Probation Office") to produce documents to the Government, to September 5, 2025, and (2) the Government's date to produce discovery to the defendant, William Cosme, in connection with the defendant's alleged violations of supervised release, to September 12, 2025.

By way of background, upon the Government's application, on August 13, 2025, the Court issued an Order directing the SDNY and EDNY Probation Offices to provide discovery to the Government by August 29, 2025. The Probation Offices are continuing to collect and prepare documents for production and, given the procedures of both Offices, they have requested an additional one week to produce discovery to the Government. The Government originally planned on producing that discovery to the defendant on September 5, 2025.

The Government has communicated with the defendant, who consents to this adjournment. This is the Probation Offices' first request to adjourn the date by which discovery should be produced.

```
The Government's request to adjourn
(1) the date for Probation to produce
documents to the Government to September
4, 2025 and (2) the date for the
Government to produce documents to
Defendant to September 12, 2025 is
GRANTED.  The Clerk of the Court
shall close docket number 651.

SO ORDERED.

Dated: September 2, 2025
```

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:  s/ Daniel Roque
Daniel K. Roque
Special Assistant United States Attorney
(212) 637-1946

_____
LORETTA A. PRESKA, U.S.D.J.

cc: Probation Officer Lauren Blackford (via email)
    Probation Officer Charnice Perez (via email)
    William Cosme (via email)