UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

- against -                                                                                   13 Cr. 43 (HB)(LAP)

WILLIAM R. COSME,
        (Defendant).

-----------------------------------------------------------X

Upon the request of the Defendant, William R. Cosme, for an extension of time to file the Defendant's Opposition to the government's Violation of Supervised Release (VOSR) letter motion, and upon the representation that the government has conferred with and has no objection to the proposed scheduling modifications:

**IT IS HEREBY ORDERED THAT:**

1. The deadline for the Defendant to file the Opposition to the government's VOSR letter motion is extended from the current deadline of October 3, 2025, to a new deadline of October 7, 2025.

2. The government shall file any Reply, should it elect to do so, by October 17th, 2025.

October 3, 2025

*Loretta A. Preska*

**SO, ORDERED:**

Dated: New York, New York