UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :        13-cr-43 (LAP)
        -v.-                         :
                                     :          ORDER
WILLIAM COSME,                       :
 a/k/a "William Cosmo"               :
                                     :
                Defendant.           :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

        Before the Court is the Government's letter, (dkt. no.

656), arguing that Mr. Cosme has violated his supervised

release as alleged in Specification One in the Violation Report

dated July 23, 2025, and Mr. Cosme's response arguing that a

hearing is necessary, (dkt. no. 660). In order to comply with

Fed. R. Crim. P. 32.1, the Court will hold a hearing on January

26, 2026 at 10:00 in courtroom 12A.

SO ORDERED.

Dated:    New York, New York
          November 9 , 2025

                            _____
                            LORETTA A. PRESKA
                            Senior United States District Judge