UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :        13-cr-43 (LAP)
          -v.-                       :
                                     :            ORDER
WILLIAM COSME,                       :
 a/k/a "William Cosmo"               :
                                     :
               Defendant.            :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

     Mr. Cosme is reminded that the violation of supervised release hearing scheduled for March 16, 2026 at 11 A.M. will be limited to the two specifications listed in the July 23, 2025 violation report, specifically:

1. Following Mr. Cosme's release from BOP custody on January 12, 2024, Cosme failed to make a good faith effort to pay the Court-ordered restitution, in that he has failed to make monthly restitution payments.

2. On or about March 1, 2025, and thereafter, Cosme failed to provide the Probation Officer with access to any requested financial information, as required by his supervised release conditions.

     The Court will not entertain any other issues, including the validity of the Restitution Order or any other financial obligation arising from Mr. Cosme's conviction in this case, all of which have long been resolved before this Court and on appeal.

SO ORDERED.

Dated:     New York, New York
           March 10, 2026

_____
LORETTA A. PRESKA
Senior United States District Judge