UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

WILLIAM R. COSME,

                Defendant.

No. 13-CR-43 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

Before the Court is Mr. Cosme's pro se motion requesting "Clarification" and an "Emergency 30-Day Stay" of his violation of supervised release hearing scheduled for March 16, 2026. (See dkt. no. 686.) In addition, Mr. Cosme has moved for "disclosure of potential prosecutorial conflicts." (See dkt. no. 681.)

Having considered the requests, the Court concludes that they are meritless. Accordingly, these motions are DENIED. Mr. Cosme is reminded that his violation of supervised release hearing is scheduled for March 16, 2026, at 11 A.M. The Clerk of the Court shall close docket numbers 681 and 686.

**SO ORDERED.**

Dated:     March 11, 2026
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge