UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-against-

WILLIAM R. COSME,

Defendant.

No. 13-CR-43 (LAP)

VOSR CONFERENCE ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The parties shall appear for a conference on September 24, 2026, at 1:00 PM, at 500 Pearl Street, Courtroom TBD, New York, New York 10007.

The Government shall update the Court on Mr. Cosme's compliance with the terms of his supervised release no later than September 12, 2026. If Mr. Cosme is no longer in contempt, he will be sentenced at the conference on September 24, 2026. The Clerk of Court shall mail a copy of this order to Mr. William Cosme at the Brooklyn MDC.

**SO ORDERED.**

Dated: August 18, 2026
New York, New York

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge