UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-against-

WILLIAM R. COSME,

Defendant.

No. 13-CR-43 (LAP)

VOSR CONFERENCE ORDER

LORETTA A. PRESKA, Senior United States District Judge:

This morning, the Court received an email with the subject line "ON behalf of William Cosme," which requested an "adjournment of the schedule[d] 09/24/26 status conference/sentencing for at least thirty days." Furthermore, this morning, the Court was informed by the United States Marshals Service that Mr. Cosme refused to come to Court. As a result, the hearing scheduled for today did not occur.

It is hereby ORDERED that the parties shall appear for a conference on October 8, 2026, at 12:00 PM, at 500 Pearl Street, Courtroom 12A, New York, New York 10007. The purpose of the conference is to determine whether Mr. Cosme is still in contempt and whether he is ready to proceed to sentencing and, if not, what steps are necessary to purge the contempt.

The Clerk of Court shall mail a copy of this order to Mr. William R. Cosme at the Brooklyn MDC.

**SO ORDERED.**

Dated: September 24, 2026
New York, New York

LORETTA A. PRESKA
Senior United States District Judge