UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-against-

WILLIAM R. COSME,

Defendant.

No. 13-CR-43 (LAP)

VOSR CONFERENCE ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The conference scheduled for October 8, 2026, is adjourned. It is hereby ORDERED that the parties shall appear for a conference on October 13, 2026, at 10:00 PM, at 500 Pearl Street, Courtroom 12A, New York, New York 10007. The purpose of the conference is to determine whether Mr. Cosme is still in contempt and whether he is ready to proceed to sentencing and, if not, what steps are necessary to purge the contempt.

The Clerk of Court shall mail a copy of this order to Mr. William R. Cosme at the Brooklyn MDC.

**SO ORDERED.**

Dated: October 7, 2026
New York, New York

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge