UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>-against-<br>WILLIAM R. COSME,<br>Defendant. | No. 13-CR-43 (LAP)<br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The conference scheduled for November 16, 2026, is adjourned. It is hereby ORDERED that the parties shall appear for a conference on November 23, 2026, at 11:00 AM, at 500 Pearl Street, Courtroom 12A, New York, New York 10007.

The Clerk of Court shall mail a copy of this order to Mr. William R. Cosme at the Brooklyn MDC.

**SO ORDERED.**

Dated: November 5, 2026
New York, New York

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge