UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-against-

WILLIAM R. COSME,

Defendant.

No. 13-CR-43 (LAP)

VOSR CONFERENCE ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The conference scheduled for November 23, 2026, is adjourned. It is hereby ORDERED that the parties shall appear for a conference on December 1, 2026, at 10:00 AM, at 500 Pearl Street, Courtroom 12A, New York, New York 10007.

The Clerk of Court shall mail a copy of this order to Mr. William R. Cosme at the Brooklyn MDC.

**SO ORDERED.**

Dated: November 10, 2026
New York, New York

LORETTA A. PRESKA
Senior United States District Judge